UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-9361-CAS (KS)                                           Date: December 23, 2019

Title   *Michael Aaron McMahon v. Andrew Saul*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|             Gay Roberson              |             N/A              |
|---------------------------------------|------------------------------|
|             Deputy Clerk              |    Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 31, 2019, Plaintiff, who is proceeding with counsel and *in forma pauperis*, filed a Complaint seeking review of the Social Security Administration's denial of his application for Disability Insurance Benefits. (Dkt. No. 1.) On November 4, 2019, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order, *i.e.*, no later than December 4, 2019. (Dkt. No. 9.)

More than two weeks have now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than January 13, 2020 why this action should not be dismissed** for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute and comply with court orders pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41-1. Plaintiff may discharge this order by filing before the January 13, 2020 deadline either:

(1) proper proof of service reflecting service within the 90 days required by Rule 4(m);[1] or

---

[1] Proper proof of service in this case would consist of **the certified or registered mail receipts and a declaration, under penalty of perjury, that the summons and complaint were served by registered or certified mail** on: (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530-0001.

(2) a request for an extension of time to serve the Complaint and/or file the proof of service with a sworn declaration showing good cause for his failure to comply with the Court's orders and Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiff's failure to timely comply with this Order may result in a recommendation of dismissal.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |